The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KONSTANTIN OREKHOV,

Plaintiff,

v.

U.S. DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

Defendants.

No. 2:25-cv-02381-JLR

STIPULATED MOTION FOR
EXTENSION OF TIME TO FILE
ANSWER AND [PROPOSED] ORDER

Noted for: March 23, 2026

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 7 and Local Rules 7(d)(2) and 10(g), hereby jointly stipulate and move to extend the deadline for Defendants' Answer until August 10, 2026.  Plaintiff brought this litigation pursuant to the Immigration and Nationality Act and Administrative Procedure Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") adjudicate his Form I-589, Application for Asylum and Withholding of Removal.  Defendants' response to the Complaint is currently due on April 10, 2026.

Defendants are scheduling Plaintiff's interview and will continue processing his application.  USCIS will not be able to complete adjudication before Defendants' deadline to file

STIPULATED MOTION FOR EXTENSION       - 1
OF TIME FOR DEFENDANTS' ANSWER
AND [PROPOSED] ORDER
Case No. 2:25-cv-02381-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

their Answer.  However, if USCIS is able to adjudicate his application with additional time to respond, the parties may be able to resolve this matter administratively.

Accordingly, the parties request that the Court extend Defendants' deadline to file their Answer to August 10, 2026.  The Defendants will file their Answer on or before August 10, 2026.

Dated: March 23, 2026.

Respectfully submitted,

*s/Susan Kas*
SUSAN KAS, WSBA #36592
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone:  206-553-4063
Email:  Susan.Kas@usdoj.gov

*Attorney for Defendants*

*I certify that this memorandum contains 170 words, in compliance with the Local Civil Rules.*

*s/Andreas Kischel*
Andreas Kischel
Kischel Law Firm
700 112th Ave NE, Ste 300
Bellevue, WA 98004
Phone: 425-223-5637
Email: andreas@kischellaw.com

*Attorney for Plaintiff*

STIPULATED MOTION FOR EXTENSION         - 2
OF TIME FOR DEFENDANTS' ANSWER
AND [PROPOSED] ORDER
Case No. 2:25-cv-02381-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# [~~PROPOSED~~] ORDER

The deadline for Defendants to file their Answer is extended to August 10, 2026.  The Defendants shall file their Answer on or before August 10, 2026.  It is so **ORDERED**.

PRESENTED BY:

*s/ Susan Kas*
SUSAN KAS, WSBA #36592
Assistant United States Attorney
United States Attorney's Office

DATED this 23rd day of March, 2026.

_____
JAMES L. ROBART
United States District Judge

STIPULATED MOTION FOR EXTENSION            - 3
OF TIME FOR DEFENDANTS' ANSWER
AND [~~PROPOSED~~] ORDER
Case No. 2:25-cv-02381-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970